B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   Richard G. Williams                                                   Case No. _____
Debtor(s)                                        Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Citizens First Bank | **Describe Property Securing Debt:**<br>840 Twin Bridge Road, Deer Lodge, TN<br>owned jointly with ex-wife |

Property will be (check one):
 ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other.  Explain  _Ex-wife to pay mortgage for 4 years per divorce_   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt       ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>HSBC | **Describe Property Securing Debt:**<br>2006 Yamaha VStar motorcycle ($2500)<br>VIN: JYAVP11E56A081805<br>2007 Yamaha 4-wheeler ($500) |

Property will be (check one):
 ■ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain  _____   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt       ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                               Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Independent Bank | **Describe Property Securing Debt:**<br>2009 Ford Focus<br>VIN: 1FAHP37N99W171203<br>owned jointly with ex-wife - ex-wife received vehicle in divorce & is responsible for debt |

Property will be (check one):
 ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt       ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Morgan County Trustee | **Describe Property Securing Debt:**<br>840 Twin Bridge Road, Deer Lodge, TN<br>owned jointly with ex-wife |

Property will be (check one):
 ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain  Ex-wife to pay mortgage for 4 years per divorce  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt       ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                  Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:** <br> RBS Citizens | **Describe Property Securing Debt:** <br> 2006 Toyota Tacoma, 142000 miles <br> VIN: 5TENX22N26Z203793 |

Property will be (check one):
    ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain  Debtor will retain collateral and continue making payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> Roger Galloway | **Describe Leased Property:** <br> residential apartment lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ■ YES      ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:** <br> U.S. Cellular | **Describe Leased Property:** <br> cell phone contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ■ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   March 20, 2013                                       Signature   /s/ Richard G. Williams
                                                                                              Richard G. Williams
                                                                                               Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

In re:   Richard G. Williams

        Debtor.

No.
Chapter 7

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Statement of Intention was served by U.S. mail or electronic mail upon the following creditor(s):

Citizens First Bank
PO Box 1189
Wartburg, TN 37887

Roger Galloway
PO Box 72
Sunbright, TN 37872

HSBC
Attn: Bankruptcy Dept.
P.O. Box 5213
Carol Stream, IL 60197

Independent Bank
5050 Poplar Ave, Ste 2200
Memphis, TN 38157

Morgan County Trustee
P.O. Box 189
Wartburg, TN 37887

RBS Citizens
1 Citizens Plaza
Providence, RI 02903

U.S. Cellular
PO Box 371345
Pittsburgh, PA 15250-7345

and delivered electronically to the Chapter 7 Trustee, via ECF, on this the 20th day of March, 2013.

      /s/ Ann Mostoller
      Ann Mostoller, #001146
      Attorney for the Debtor
      Mostoller, Stulberg, Whitfield & Allen
      136 S. Illinois Ave., Suite 104
      Oak Ridge, TN  37830
      (865) 482-4466

BK37